FISHER & PHILLIPS LLP
MARK J. RICCIARDI, ESQ.
Nevada Bar No. 3141
WHITNEY J. SELERT, ESQ.
Nevada Bar No. 5492
3800 Howard Hughes Parkway
Suite 950
Las Vegas, NV 89169
Telephone: (702) 252-3131
Facsimile: (702) 252-7411

Attorneys for Defendant The College Network, Inc.

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CARMEN GRAY, an individual<br><br>Plaintiff,<br><br>vs.<br><br>THE COLLEGE NETWORK, INC., an Indiana Corporation, GARY EYLER, an individual,<br><br>Defendants. | Case No.: 2:10-cv-1505-RLH-LRL<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' counsel of record that this matter be dismissed with prejudice, with each party to bear their own costs and attorney's fees.

FISHER & PHILLIPS LLP            HARMON & DAVIES, P.C.

 /s/ Whitney J. Selert, Esq.            /s/ Lori N. Brown, Esq.
3800 Howard Hughes Parkway       428 S. Jones Blvd.
Suite 950                         Las Vegas, NV 89146
Las Vegas, NV 89169                Attorneys for Plaintiff
Attorneys for Defendant

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
Dated: March 25, 2011

- 1 -

LasVegas 88647.1